IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUISE M. HUTCHENS,

    Plaintiffs,　　　　　　　　　　　No. CIV S-04-0268 EFB

    vs.

COMMISSIONER OF SOCIAL SECURITY,

                           ORDER

    Defendant.
_____/

    The court is in receipt of judgment of the Court of Appeals filed November 5, 2007. Pursuant to the directions contained therein, the court hereby ORDERS that:

    1. Due to the retirement of Magistrate Judge Peter A. Nowinski, the Clerk is directed to reassign this case to the undersigned; and

    2. Pursuant to direction from the United States Court of Appeals for the Ninth Circuit, this case is remanded to the administrative law judge.

    SO ORDERED.

DATED: November 13, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE