IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUISE M. HUTCHENS,

    Plaintiff,                                No. CIV S-04-0268 EFB

    vs.

MICHAEL J. ASTRUE,                   <u>ORDER TO SHOW CAUSE</u>
Commissioner of Social Security,

    Defendant.
_____/

On December 21, 2007, plaintiff filed an application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). As of the date of this order, defendant has failed to file either an opposition or statement of non-opposition in response to plaintiff's petition for attorney's fees.

Defendant shall show cause in writing within fifteen (15) days from the date of this order why sanctions should not issue for failure to file an opposition or statement of non-opposition in response to plaintiff's petition. Defendant shall also file any opposition or statement of non-opposition by that deadline. Failure to do so will be deemed a non-opposition to plaintiff's petition and may result in such sanctions as the court deems appropriate.

SO ORDERED.

DATED: February 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE