IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUISE M. HUTCHENS,

    Plaintiff,                        No. CIV S-04-0268 EFB

    vs.

MICHAEL J. ASTRUE,              <u>ORDER</u>
Commissioner of Social Security,

    Defendant.
_____/

    The court is in receipt of defendant's response to the order to show cause why sanctions should not issue for failure to file an opposition or statement of non-opposition to plaintiff's motion for attorney's fees. Good cause appearing, the order to show cause is hereby discharged. The court is in receipt of defendant's opposition and will take the matter under submission.

    SO ORDERED.

DATED: March 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE