ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| LOUISE HUTCHENS, | CASE NO. 2:04-CV-00268-EFB |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S PETITION FOR EAJA FEES AND EXPENSES** |
| vs. | |
| MICHAEL L. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS ORDERED that Plaintiff's time in which to file a reply to Defendant's Opposition to Plaintiff's Petition For EAJA Fees and expenses is hereby continued to April 1, 2008.

DATED: March 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE