1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   MARK A. WIN (CA Bar No. 206077)
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8980
      Facsimile:  (415) 744-0134
7     E-Mail: Mark.Win@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11                    **SACRAMENTO DIVISION**

12

13  LOUISE HUTCHENS,               )
                                   )        Case No. 2:04-cv-00268 EFB (SS)
14          Plaintiff,             )
                                   )        STIPULATION AND ORDER SETTLING
15          v.                     )        ATTORNEY'S FEES PURSUANT TO THE
                                   )        EQUAL ACCESS TO JUSTICE ACT, 28
16  MICHAEL J. ASTRUE,             )        U.S.C. § 2412(d)
    Commissioner of               )
17  Social Security,               )
                                   )
18          Defendant.             )
    _____)

19

20         IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

21  subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney

22  fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SEVEN

23  THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS (**$7,500.00**) and costs in the amount of

24  SEVEN HUNDRED SEVENTY THREE DOLLARS AND FIFTY THREE CENTS (**$773.53**).  This

25  amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in

26  connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

27         This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

28  fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.

1  Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any

2  and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment

3  shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

4       This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

5  attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

6                       Respectfully submitted,

7

8  Dated: April 3, 2008                /s/ *Ann M. Cerney*
                                     *(As authorized via telephone)*

9                                       ANN M. CERNEY
                                     Attorney for Plaintiff

10  Dated: April 3, 2008                McGREGOR W. SCOTT

11                                       United States Attorney
                                     LUCILLE GONZALES MEIS

12                                       Regional Chief Counsel, Region IX
                                     Social Security Administration

13

14                                       */s/ Mark A. Win*
                                     MARK A. WIN

15                                       Special Assistant U.S. Attorney

16                                       Attorneys for Defendant

17                                  **ORDER**

18  **APPROVED AND SO ORDERED:**

19

20  Dated:  April 7, 2008.

21

22                                   EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28